IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:19 cr 117 CWR-FKB

ENRIQUE EDUARDO GARZON-GUILLERMO  21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

COUNT 1

On or about March 28, 2018, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **ENRIQUE EDUARDO GARZON-GUILLERMO**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

COUNT 2

On or about March 28, 2018, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **ENRIQUE EDUARDO GARZON-GUILLERMO**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant, **ENRIQUE EDUARDO GARZON-GUILLERMO,** shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of said defendant up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

D. MICHAEL HURST, JR.
United States Attorney

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 25th day of June, 2019.

UNITED STATES MAGISTRATE JUDGE

2